UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

| | |
|---|---|
| SAMANTHA BLAKE<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. ROCHE HEALTH AND WELFARE VEBA PLAN; U.S. ROCHE LONG-TERM DISABILITY PLAN; and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON f/k/a/ LIBERTY LIFE INSURANCE<br><br>　　Defendants. | Case No. 2:22-cv-00021-RSM<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER** |

ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

Page **1** of 3

**ORDER**

IT IS HEREBY ORDERED that, after consideration of the matter and good cause appearing therefor, the Parties' Stipulation is GRANTED, and the Court orders as follows:

1. Defendant Lincoln Life Assurance Company of Boston shall have until April 8, 2022 to Respond to Plaintiff's Complaint.

2. The deadlines set by the Court's February 10, 2022 Order are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Rule 26(f) Conference | 3/24/2022 | 5/09/2022 |
| Initial Disclosures | 3/30/2022 | 5/16/2022 |
| Joint Status Report and Discovery Plan | 4/06/2022 | 5/23/2022 |

IT IS SO ORDERED.

DATED this 14th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

Page **2** of **3**

1
2  Presented by:

3  McDOWELL HETHERINGTON LLP

4
5  By: /s/ Jodi K. Swick
      Jodi K. Swick, WSBA No. 47626

6  McDOWELL HETHERINGTON LLP
7  14205 SE 36th Street., Suite 100
   Bellevue, WA 98006
8
9  Attorneys for Defendant
   LINCOLN LIFE ASSURANCE COMPANY
10 OF BOSTON

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY THE DEADLINES SET BY THE COURT'S SCHEDULING ORDER

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145   Fax: 510.628.2146

Page **3** of **3**