1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

SAMANTHA BLAKE

    Plaintiff,

        v.

U.S. ROCHE HEALTH AND
WELFARE VEBA PLAN; U.S.
ROCHE LONG-TERM DISABILITY
PLAN; and LINCOLN LIFE
ASSURANCE COMPANY OF
BOSTON f/k/a/ LIBERTY LIFE
INSURANCE

    Defendants.

Case No. 2:22-cv-00021-RSM

**ORDER GRANTING THIRD
STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT**

McDOWELL HETHERINGTON LLP
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145    Fax: 510.628.2146

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED that, after consideration of the matter and good cause

3  appearing therefor, the Parties' Stipulation is GRANTED, and the Court orders as follows:

4      1.  Defendant Lincoln Life Assurance Company of Boston shall have until May 9,

5         2022 to Respond to Plaintiff's Complaint.

6

7      **IT IS SO ORDERED.**

8

9      DATED this 13th day of April, 2022.

10

11

12

13  RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17  Presented by:

    McDOWELL HETHERINGTON LLP

18

19  By:  */s/ Jodi K. Swick*

20       Jodi K. Swick, WSBA No. 47626

21  McDOWELL HETHERINGTON LLP

22  14205 SE 36th Street., Suite 100
    Bellevue, WA  98006

23

24  Attorney for Defendant
    LINCOLN LIFE ASSURANCE COMPANY

25  OF BOSTON

ORDER GRANTING THIRD STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

Page **2** of **2**

**McDOWELL HETHERINGTON LLP**
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Tel: 510.628.2145        Fax: 510.628.2146